# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

STEPHEN HAROLD LANKENAU A/K/A
S. HAROLD LANKENAU

: No. 2256 Disciplinary Docket No. 3
:
: Board File No. C1-16-171
:
: (Supreme Court of the State of Delaware,
: No. 73, 2016)
:
: Attorney Registration No. 162055
:
: (Out of State)

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2017, the Joint Petition for Reciprocal Discipline is granted and Stephen Harold Lankenau a/k/a S. Harold Lankenau is suspended from the practice of law in this Commonwealth for a period of eighteen months, retroactive to April 1, 2016. He shall comply with all the provisions of Pa.R.D.E. 217.